

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BYRON CALDERON, | § | No. 08-13-00361-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| | | 384th District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| YP ADVERTISING, L.P., | | (TC# 2013DCV0539) |
| | § | |
| Appellee. | | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Byron Calderon, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the parties have settled all pending issues. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

May 23, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.